Warrant in Rem issued 3/16/26

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
LATANYA L. WATELAND
Assistant U.S. Attorney
Arizona State Bar No. 031747
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
latanya.wateland@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | *CV26-01581-PHX-MTL* |
|---|---|
| Plaintiff, | **WARRANT FOR ARREST *IN REM*** |
| v. | |
| $19,557 in United States Currency, | |
| Defendant *In Rem*. | |

TO THE U.S. DEPARTMENT OF HOMELAND SECURITY,
U.S. CUSTOMS AND BORDER PROTECTION:

A Complaint having been filed in this action, you are hereby commanded to arrest defendant $19,557 in United States Currency and detain said defendant in your custody until further Order of this Court.

You are ordered to file with the Court, promptly after execution, this Warrant with your return hereon.

DATED this 16th day of March, 2026.

DEBRA D. LUCAS
United States District Court
District of Arizona

By: _____
Deputy Clerk