TIMOTHY COURCHAINE
United States Attorney
District of Arizona
LATANYA L. WATELAND
Assistant U.S. Attorney
Arizona State Bar No. 031747
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
latanya.wateland@usdoj.gov
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | *CV26-01581-PHX-MTL* |
| Plaintiff, | **NOTICE OF ARREST** |
| v. | |
| $19,557 in United States Currency, | |
| Defendant *In Rem*. | |

IN OBEDIENCE to a Warrant for Arrest _In Rem_ on March 17, 2026 I seized and took into my possession the above-described defendant for the causes set forth in the verified Complaint now pending in the United States District Court for the District of Arizona at Phoenix.

DATED: 03/17/26

U.S. DEPARTMENT OF HOMELAND SECURITY,
U.S. CUSTOMS AND BORDER PROTECTION

By: _____