Daniel M. Smith, Esq. (AZ SBN 13678)
SAN DIEGO DEFENDERS APC
585 Third Avenue
Chula Vista CA 91910
Telephone: (619) 233-6900
Facsimile: (619) 374-8477
Email: dsmith@sandiegodefenders.com

Attorneys for Claimant
LUIS ANDRES HERRERA SANCHEZ

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CV-26-01581-PHX-MTL |
| Plaintiff, | ) | |
| v. | ) | |
| $19,557 in United States Currency, | ) | ANSWER TO COMPLAINT |
| Defendant *In Rem*. | ) | |
| _____ | ) | |
| LUIS ANDRES HERRERA SANCHEZ, | ) | |
| Claimant. | ) | |
| _____ | ) | |

COMES NOW the Claimant, LUIS ANDRES HERRERA SANCHEZ, by and through his counsel of record, and in answer to Plaintiff's Complaint for Forfeiture, hereby responds, alleges, and otherwise pleads as follows:

**NATURE OF THE ACTIONS**

1.     Answering Paragraph 1. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

2.     Answering Paragraph 2. of the Complaint, Claimant has no

1

information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

3. Answering Paragraph 3. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

4. Answering Paragraph 4. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

## THE DEFENDANT *IN REM*

5. Claimant admits the allegations set forth in Paragraph 5. of the Complaint for Forfeiture.

6. Claimant admits the allegations set forth in Paragraph 6. of the Complaint for Forfeiture.

## INTRODUCTION

7. Answering Paragraph 7. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

## ALLEGATIONS OF FACT

### Port of Entry Contact

8. Answering Paragraph 8. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

9. Claimant admits the allegations set forth in Paragraph 9. of the

Complaint for Forfeiture.

10. Answering Paragraph 10. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

11. Answering Paragraph 11. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

12. Claimant admits the allegations set forth in Paragraph 12. of the Complaint for Forfeiture.

13. Claimant admits the allegations set forth in Paragraph 13. of the Complaint for Forfeiture.

**Declaration of Currency**

14. Answering Paragraph 14. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

15. Answering Paragraph 15. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

16. Answering Paragraph 16. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

17. Answering Paragraph 17. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained

therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

18.    Claimant admits the allegations set forth in Paragraph 18. of the Complaint for Forfeiture.

19.    Answering Paragraph 19. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

20.    Answering Paragraph 20. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

21.    Answering Paragraph 21. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

22.    Answering Paragraph 22. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

**Phone Searches**

23.    Answering Paragraph 23. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

24.    Answering Paragraph 24. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation

contained therein in the conjunctive as well as the disjunctive.

25. Answering Paragraph 25. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

26. Answering Paragraph 26. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

27. Answering Paragraph 27. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

28. Answering Paragraph 28. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

29. Answering Paragraph 29. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

**Seizure of Defendant Property**

30. Answering Paragraph 30. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

31. Answering Paragraph 31. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained

therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

32.    Answering Paragraph 32. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

33.    Answering Paragraph 33. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

34.    Answering Paragraph 34. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

35.    Answering Paragraph 35. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive..

**Administrative Claim by Herrera Sanchez**

36.    Claimant admits the allegations set forth in Paragraph 36. of the Complaint for Forfeiture.

37.    Answering Paragraph 37. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

38.    Answering Paragraph 38. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation

6

contained therein in the conjunctive as well as the disjunctive.

39. Answering Paragraph 39. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

40. Answering Paragraph 40. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

41. Answering Paragraph 41. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

42. Claimant admits the allegations set forth in Paragraph 42. of the Complaint for Forfeiture.

43. Claimant admits the allegations set forth in Paragraph 43. of the Complaint for Forfeiture.

44. Claimant admits the allegations set forth in Paragraph 44. of the Complaint for Forfeiture.

45. Answering Paragraph 45. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

46. Claimant denies the allegations set forth in Paragraph 46. of the Complaint for Forfeiture.

47. Answering Paragraph 47. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation

contained therein in the conjunctive as well as the disjunctive.

48.    Answering Paragraph 48. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

49.    Answering Paragraph 49. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

50.    Answering Paragraph 50. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

### Summary

51.    Answering Paragraph 51. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

### AFFIRMATIVE DEFENSE(S)

### FIRST AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint, Claimant alleges the subject Complaint as pled fails to state facts sufficient to constitute a cause of action against the defendant property.

### SECOND AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint, Claimant alleges plaintiff lacked probable cause for the institution of the forfeiture action.

### THIRD AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint, Claimant alleges that

the forfeiture in this case is disproportionate, and is a violation of the Eighth Amendment to the United States Constitution.

### FOURTH AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint, Claimant alleges that the searches which led to the seizure of the defendant vehicles violated the Fourth Amendment to the United States Constitution.

### FIVE AFFIRMATIVE DEFENSE

Claimants reserve the right to raise and plead additional defenses which might become known during the course of discovery, as well as to dismiss any defenses, which, as a result of discovery, are determined to be unsupported by good-faith reliance upon either the Complaint or the law, or a non-frivolous argument for the extension, modification, or reversal of existing law or the establishment of new law.

### JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and general federal law, Claimant demands a trial by jury in connection with the subject action.

WHEREFORE, claimant prays for judgment as follows:

1. That the Complaint be dismissed with prejudice;

2. That the subject property be returned to Claimant;

3. For reasonable attorney's fees herein and costs of suit; and

4. For such other and further relief as the Court may deem just.

Dated: April 20, 2026                    Respectfully submitted,


                                         */s/ Daniel M. Smith*
                                         DANIEL M. SMITH
                                         Attorney for Petitioner
                                         LUIS A. HERRERA SANCHEZ

9

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of the Courts CM/ECF and served to all registered parties this 20th day of April, 2026.

*/s/ Daniel M. Smith*
DANIEL M. SMITH